**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Farm Fire & Casualty Co.
P.O. Box 210159
Montgomery, AL
36121.0159

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _McCree_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Tracy McCree

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUN 21 2005

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 0390 0001 2652 2855

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Christian M. Mitchell
923 Audubon Pkwy
Louisville, KY
40213

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 0390 0001 2652 2848

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**DEFENDANT'S EXHIBIT**

B

*I certify this to be a true and correct copy of the original which is on file and enrolled in my office in Clayton or Eufaula, Barbour County, Alabama*

*Witness my hand and seal this 18th day of July 2005*

David S. Nix, Clerk

**IN THE CIRCUIT COURT OF**
**BARBOUR COUNTY, ALABAMA**
**EUFAULA DIVISION**

DOROTHY M. STANFORD and LANNIE   *
STANFORD,                           *
                                   *

      PLAINTIFFS,           *
                                   *     CIVIL ACTION NO.: CV-05-_108_

VS.                           *
                                   *

CHRISTIAN M. MITCHELL and STATE   *
FARM FIRE & CASUALTY COMPANY,   *
                                 *

      DEFENDANTS.         *

## SUMMONS

Notice to:              Christian M. Mitchell
                      923 Audubon Parkway
                      Louisville, KY 40213

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS' ATTORNEYS, RUSSELL LEE IRBY AND ALBERT H. ADAMS, JR. WHOSE ADDRESS IS POST OFFICE BOX 910, EUFAULA, ALABAMA 36072-0910.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN <u>30</u> DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

This service by certified mail of this summons is initiated upon the written request of plaintiffs' attorneys, Russell Lee Irby and Albert H. Adams, Jr., pursuant to Rule 4.1 (c) of the Alabama Rules of Civil Procedure.

_6/21/05_
Date        Clerk/Register

RETURN OF SERVICE:

Certified Mail return receipt received in this office on (Date)_____(Return receipt hereto attached)

IN THE CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

```
                                        F I L E
                                          JUN 2 1 2005
```

DOROTHY M. STANFORD and LANNIE    *
STANFORD,                          *
                                   *
         PLAINTIFFS,               *
                                   *         CIVIL ACTION NO.: CV-05-108
VS.                                *
                                   *
CHRISTIAN M. MITCHELL and STATE    *
FARM FIRE & CASUALTY COMPANY,      *
                                   *
         DEFENDANTS.               *

## SUMMONS

**Notice to:**                State Farm Fire & Casualty Company
                              P.O. Box 210159
                              Montgomery, AL 36121-0159

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS' ATTORNEYS, RUSSELL LEE IRBY AND ALBERT H. ADAMS, JR. WHOSE ADDRESS IS POST OFFICE BOX 910, EUFAULA, ALABAMA 36072-0910.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

This service by certified mail of this summons is initiated upon the written request of plaintiffs' attorneys, Russell Lee Irby and Albert H. Adams, Jr., pursuant to Rule 4.1 (c) of the Alabama Rules of Civil Procedure.

6/21/05
**Date**          **Clerk/Register**

RETURN OF SERVICE:

Certified Mail return receipt received in this office on (Date)_____(Return receipt hereto attached)

**IN THE CIRCUIT COURT OF**
**BARBOUR COUNTY, ALABAMA**
**EUFAULA DIVISION**

FILED

JUN 2 1 2005

DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

DOROTHY M. STANFORD and LANNIE   *
STANFORD,                                      *
                                            *

        PLAINTIFFS,              *
                                            *       CIVIL ACTION NO.: CV-05-_108_

VS.                                *
                                            *

CHRISTIAN M. MITCHELL and STATE   *
FARM FIRE & CASUALTY COMPANY,   *
                                            *

        DEFENDANTS.            *

## COMPLAINT

### COUNT ONE

1.      On or about February 14, 2004, upon a public street in Barbour County, Alabama,

namely, U. S. Highway 431, at or near the intersection of County Road 40 in the city of Eufaula, the

defendant, Christian M. Mitchell, negligently caused or allowed the vehicle he was driving to strike

the rear-end of the motor vehicle the plaintiff, Dorothy M. Stanford was driving.

2.      As a proximate result of the negligence of said defendant as aforesaid, the plaintiff,

Dorothy M. Stanford suffered serious personal injuries and damages, hence this suit.

WHEREFORE, the plaintiff Dorothy M. Stanford demands judgment against the defendant,

Christian M. Mitchell for compensatory damages in such sum as a jury may award, plus costs.

### COUNT TWO

3.      The plaintiffs reallege and adopt each and every paragraph of count one of the

complaint as though set out again here in full.

4.      On or about February 14, 2004, upon a public street in Barbour County, Alabama,

namely, U.S. Highway 431, at or near the intersection of County Road 40 in said city, the defendant,

Christian M. Mitchell, wantonly caused the vehicle he was driving to strike the rear-end of the motor vehicle the plaintiff, Dorothy M. Stanford was driving.

5. As a proximate result of the wantonness of the defendant as aforesaid, the plaintiff, Dorothy M. Stanford suffered serious personal injuries and damages, hence this suit.

WHEREFORE, plaintiff Dorothy M. Stanford demands judgment against the defendant, Christian M. Mitchell for compensatory and punitive damages in such sum as a jury may award, plus costs.

## COUNT THREE

6. The plaintiffs reallege and adopt each and every paragraph of count one and count two of the complaint as though set out again here in full.

7. Lannie Stanford is the husband of Dorothy Stanford.

8. As a proximate result of the negligence or wantonness of the defendant, Christian M. Mitchell, as aforesaid, the plaintiff, Lannie Stanford suffered the loss of the companionship, services, loss of society and comfort of his wife, and was caused to incur medical expenses in and about his efforts to treat and cure his wife's injuries.

WHEREFORE, the plaintiff, Lannie Stanford demands judgment against the defendants for compensatory and punitive damages in such sum as a jury may award, plus costs.

## COUNT FOUR

9. The plaintiffs reallege and adopt each and every paragraph of count one, count two and count three of the complaint as though set out again here in full.

10. As a proximate result of the accident between the plaintiff, Dorothy M. Stanford and the defendant, Christian M. Mitchell, as aforesaid, the plaintiffs' vehicle, a 1994 Buick Century VIN#3G4AG55M4RS625639 was damaged and rendered of less value, hence this suit.

WHEREFORE, the plaintiffs demand judgment against the defendant Christian M. Mitchell in such sum as a jury may award, plus costs.

## COUNT FIVE

11.    The plaintiffs reallege and adopt each and every paragraph of count one, count two count three and count four of the complaint as though set out again here in full.

12.    At all material times referred to herein, the defendant, State Farm Fire & Casualty Company was acting as agent on behalf of Christian M. Mitchell and converted plaintiffs' automobile, a 1994 Buick Century, VIN#3G4AG55M4RS625639 to its own use and benefit or to the use and benefit of another.

13.    The plaintiffs aver that the conversion as aforesaid, was wrongful and without justification and in violation of their rights.

14.    The plaintiffs also claim punitive damages.

WHEREFORE, plaintiffs demand judgment against the defendants, Christian M. Mitchell and State Farm Fire & Casualty Company for compensatory and punitive damages in such sum as a jury may award, plus costs.

*Russell Lee Irby*
Russell Lee Irby
Albert H. Adams, Jr.
Attorneys for Plaintiffs
Post Office Box 910
Eufaula, AL 36072-0910

OF COUNSEL:
James T. Gullage, Esq.
Gullage & Tickal, LLP
P.O. Box 711
Opelika, AL 36803-0230

Irby Law Firm, LLC
P.O. Box 910
Eufaula, AL 36072


PLAINTIFFS DEMANDS TRIAL BY STRUCK JURY ON ALL ISSUES IN THIS CASE.


_____
Russell Lee Irby


PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL:

Christian M. Mitchell
923 Audubon Parkway
Louisville, KY 40213

State Farm Fire & Casualty Company
P.O. Box 210159
Montgomery, AL 36121-0159