IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL 21 P 4:04
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| DOROTHY M. STANFORD and LANNIE STANFORD, <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTIAN M. MITCHELL and STATE FARM FIRE & CASUALTY COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:05CV674-F |

### JOINDER IN REMOVAL

Christian M. Mitchell, co-defendant in this action, through his counsel, Ronald G. Davenport, hereby joins in the Notice of Removal heretofore filed by the Defendant State Farm Fire & Casualty Company.

Ronald G. Davenport    (DAV044)

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
184 Commerce St.
Montgomery, Alabama 36104
Telephone    (334) 206-3100
Facsimile    (334) 263-7195

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this 21st day of July, 2005, served a copy of the above and foregoing Joinder in Removal upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed, postage prepaid:

Russell Irby, Esq.
P. O. Box 910
Eufaula, Alabama 36072-0910

James T. Gullage, Esq.
P. O. Box 711
Opelika, Alabama 36803

Joel P. Smith, Jr., Esq.
WILLIAMS, POTTHOFF, WILLIAMS
& SMITH, L.L.C.
P. O. Box 880
Eufaula, AL 36072-0880

_____
Of Counsel