RECEIVED
2005 AUG 22 P 3: 4 

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| DOROTHY M. STANFORD and<br>LANNIE STANFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN M. MITCHELL and<br>STATE FARM FIRE & CASUALTY<br>COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:05-CV-674-F<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL

Come now the parties by and through their counsel of record in the above styled cause and move this Honorable Court to dismiss all claims against the Defendants, State Farm Fire & Casualty Company and Christian M. Mitchell, with prejudice, and as grounds therefore says that Plaintiffs have resolved their claims against the Defendants prior to the trial of this case. Each party hereto is to bear their own costs, if any.

_____
Russell Lee Irby
Attorney for Plaintiffs Dorothy Stanford
and Lannie Stanford

OF COUNSEL:

IRBY LAW FIRM, LLC
Post Office Box 910
Eufaula, Alabama 36072-0910
Telephone    (334) 687-6722

/s/ Courtney R. Potthoff
Courtney R. Potthoff
Attorney for Defendant State Farm Fire
& Casualty Company

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
& SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama 36072-0880
(334) 687-5834

/s/ Ronald G. Davenport
Ronald G. Davenport
Attorney for Defendant Christian M.
Mitchell

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
184 Commerce St.
Montgomery, Alabama 36104
(334) 206-3100